# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| MICKY RAY HAMMON | ) | Case Number: 2:17cr427-01-MHT |
| | ) | USM Number: 17306-002 |
| | ) | Stephen Wesley Shaw |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)  One of the Felony Information on September 25, 2017

☐ pleaded nolo contendere to count(s) ___
which was accepted by the court.

☐ was found guilty on count(s) ___
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1341 | Mail Fraud | 4/30/2015 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ___

☐ Count(s) ___ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/15/2018
Date of Imposition of Judgment

_[signature]_
Signature of Judge

MYRON H. THOMPSON, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

March 7, 2018
Date

DEFENDANT: MICKY RAY HAMMON
CASE NUMBER: 2:17cr427-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

3 Months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☑ before 2 p.m. on    3/29/2018   .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MICKY RAY HAMMON
CASE NUMBER: 2:17cr427-01-MHT

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

3 Years

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3A — Supervised Release

DEFENDANT: MICKY RAY HAMMON
CASE NUMBER: 2:17cr427-01-MHT

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____  Date _____

AO 245B(Rev. 02/18) Judgment in a Criminal Case
Sheet 3D — Supervised Release

DEFENDANT: MICKY RAY HAMMON
CASE NUMBER: 2:17cr427-01-MHT

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall provide the probation officer any requested financial information.

2. The defendant shall not obtain new credit without approval of the court unless in compliance with the payment schedule.

3. The defendant shall submit to a search of his person, residence, office and vehicle pursuant to the search policy of this court.

DEFENDANT: MICKY RAY HAMMON
CASE NUMBER: 2:17cr427-01-MHT

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

DEFENDANT: MICKY RAY HAMMON
CASE NUMBER: 2:17cr427-01-MHT

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ | $ 50,657.46 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| 3M Company | | $2,000.00 | |
| Attn: Kevin Ueland, Senior Counsel | | | |
| 3M Center, 220-09E-02 | | | |
| St. Paul, MN 55144-1000 | | | |
| | | | |
| A PAC | | $500.00 | |
| Office Manager | | | |
| 441 High Street | | | |
| Montgomery, AL 36104-4607 | | | |
| | | | |
| TOTALS | $ 0.00 | $ 50,657.46 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the ☐ fine ☑ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| ABA PAC, Office Manager<br>105 Tallapoosa Street  Suite 105<br>Montgomery, AL 36104-2651 | | $1,000.00 | |
| ABC Merit PAC, Office Manager<br>1830 28th Ave. S<br>Birmingham, AL 35209-2606 | | $2,000.00 | |
| ACULAC, Officer Manager<br>22 Iverness Center Pkwy STE 200<br>Birmingham, AL 35242-4887 | | $1,000.00 | |
| ALA-CRNA PAC, Office Manager<br>4120 Wall Street<br>Montgomery, AL 36106-2861 | | $1,000.00 | |
| Alabama ACRE, Office Manager<br>PO BOX 244014<br>Montgomery, AL 36124-4014 | | $1,000.00 | |
| Alabama Dental Association PAC<br>Office Manager<br>836 Washington Avenue<br>Montgomery, AL 36104-3839 | | $1,500.00 | |
| (SEE ADDITIONAL ATTACHMENTS - PAYEES) | | $40,657.46 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Micky Ray Hammon, 2:17CR427-01-MHT

$250 Alabama Engineers PAC
    Office Manager
    531 HERRON ST
    MONTGOMERY, AL 36104-3321

$1,000 Alabama Hospital Association Political Action Committee
    Office Manager
    500 N EASTERN BLVD
    MONTGOMERY, AL 36117-2214

$2,000 Alabama Lenders PAC
    Office Manager
    1500 3rd Ave W
    Birmingham, AL 35208-5304

$2,500 Alabama Realtors PAC
    Office Manager
    PO Box 4070
    Montgomery, AL 36103-4070

$2,000 Alabama Power Company Employees State PAC
    Office Manager
    PO BOX 2641
    BIRMINGHAM, AL 35203

$1,000 Automobile Dealers Association of Alabama Inc. Auto PAC
    1335 Carmichael Way
    Montgomery, AL 36106

$1,500 BankPAC
    Office Manager
    534 Adams Ave
    Montgomery, AL 36104

$1,000 BIZPAC
    Office Manager
    PO BOX 230035
    MONTGOMERY, AL 36123-0035

Micky Ray Hammon, 2:17CR427-01-MHT

$300 BNSF Railway Company
 Office Manager
 2500 LOU MENK DR # AOB-3
 FORT WORTH, TX 76131-2828

$1,000 BP North America Employee PAC
 Office Manager
 501 WESTLAKE PARK BLVD
 HOUSTON, TX 77079-2604

$500 Coalbed Methane Association of Alabama PAC
 Office Manager
 3829 LORNA RD STE 306
 BIRMINGHAM, AL 35244-7002

$1,000 Compass Bancpac
 Office Manager
 PO BOX 10566
 BIRMINGHAM, AL 35205

$500 Enterprise Holdings, Inc. PAC
 Office Manager
 600 Corporate Park Drive
 Saint Louis, Missouri 63105-4204

$500 Exxon Mobil Corporation
 P.O. Box 2519
 Houston, TX 77252-2510

$2,000 FGAPAC
 Office Manager
 PO BOX 138
 MONTGOMERY, AL 36101-013

$1,500 Franklin PAC
 Office Manager
 4120 WALL ST
 MONTGOMERY, AL 36106-2861

Micky Ray Hammon, 2:17CR427-01-MHT

- $750  Friends of Retirees
        Office Manager
        450 S. Union St
        Montgomery, AL 36104-4330

- $500  General Electric
        Office Manager
        1299 PENNSYLVANIA AVE NW
        WASHINGTON, DC 20004-2400

- $500  Gulf Distributing Co. of Mobile, LLC
        Office Manager
        3378 MOFFETT RD
        MOBILE, AL 36607-1708

- $2,000 IMPAC
        Office Manager
        PO BOX 138
        MONTGOMERY, AL 36101-0138

- $500  JM Family Enterprises, Inc.
        Office Manager
        100 Jim Moran Blvd
        Deerfield Beach, FL 33442-1702

- $1,000 Koch Industries, Inc.
        Office Manager
        4111 E 37TH ST N
        WICHITA, KS 67220-3203

- $2,000 LEGPAC
        Office Manager
        PO BOX 138
        MONTGOMERY, AL 36101-0138

- $3,500 Luther S. Pate IV
        Office Manager
        PO Box 20828
        Tuscaloosa, AL 35402-0828

Micky Ray Hammon, 2:17CR427-01-MHT

$2,000 MAXPAC
    Office Manager
    PO BOX 138
    MONTGOMERY, AL 36101-0138

$250   Norfolk Southern Corporation
    Office Manager
    3 Commercial Place
    Norfolk, VA  23510-2108

$2,000 NUCOR PAC
    Office Manager
    PO BOX 2249
    DECATUR, AL 35609-2249

$500   Petroleum & Convenience Marketers of Alabama PAC
    Office Manager
    4264 LOMAC ST
    MONTGOMERY, AL 36106-3604

$1,000 Progress PAC
    Office Manager
    PO BOX 2246
    MONTGOMERY, AL 36102-2246

$250   Raytheon Political Action Committee
    Office Manager
    1100 Wilson Blvd Ste 1500
    Arlington, VA  22209-3900

$2,000 Retailers of Alabama PAC
    Office Manager
    PO Box 240669
    Montgomery, AL 36124-0669

$1,357.46  Crime Victims Fund (on behalf of State Farm Agents and Associates of Alabama PAC)

Micky Ray Hammon, 2:17CR427-01-MHT

$1,000 TRIAL PAC
    Office Manager
    PO Box 1187
    Montgomery, AL 36101-1187

$1,000 Waste Management
    Office Manager
    PO BOX 3027
    HOUSTON, TX 77253-3027